CLOSED, MDL, STAYED, TRANSFERRED

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CIVIL DOCKET FOR CASE #: 4:07−cv−03863

Berry v. Davol, Inc. et al
Assigned to: Judge Samuel B Kent
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 11/16/2007
Date Terminated: 12/06/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Charles P. Berry**

represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832−372−2926
Fax: 281−538−6292
Email: info@davidalexanderlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/16/2007 | | COMPLAINT against all defendants (Filing fee $ 350 receipt number 3229975) filed by Charles P. Berry. (Attachments: # 1 Civil Cover Sheet Charles P. Berry)(Alexander, David) (Entered: 11/16/2007) |
| 11/20/2007 | | ORDER FOR CONFERENCE. Initial Conference set for 2/6/2008 at 10:20 AM in Courtroom 8C before Judge Samuel B Kent.( Signed by Judge Lynn N. Hughes ) Parties notified.(mmapps, ) (Entered: 11/20/2007) |
| 11/30/2007 | | First CERTIFICATE OF INTERESTED PARTIES by Charles P. Berry, filed.(Alexander, David) (Entered: 11/30/2007) |
| 12/05/2007 | | Summons Issued as to Davol, Inc., C. R. Bard, Inc., filed.(espencer, ) (Entered: 12/05/2007) |
| 12/06/2007 | | ORDER STAYING CASE pending a decision by the MDL Panel. Case terminated on 12/6/2007.( Signed by Judge Lynn N. Hughes ) Parties notified.(sbyrum, ) (Entered: 12/06/2007) |
| 12/19/2007 | | |

| | | |
|---|---|---|
| | | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 12/10/2007, answer due 12/31/2007, filed.(mharrison, ) (Entered: 12/20/2007) |
| 12/19/2007 | | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 12/10/2007, answer due 12/31/2007, filed.(ltrevino, ) (Entered: 12/20/2007) |
| 01/14/2008 | | JPML CONDITIONAL TRANSFER ORDER (CTO−12) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842. Parties notified.(jbradford, ) (Entered: 01/17/2008) |
| 01/17/2008 | | MDL transfer to Rhode Island. Case transferred electronically. Rhode Island case number 08−2086. (jbradford, ) (Entered: 01/17/2008) |